UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:21-cr-18 |
| REGAL HOSPITALITY SOLUTIONS, LLC, *ET AL.* | ) |
| | ) |
| | ) |

### ORDER

Good cause having been shown, the Government's Motion to Dismiss the Indictment Against Defendants Karen Makaryan, Artur Grigoryan, Armen Ayrapetyan, Jason Hill, and Fremie Balbastro is hereby GRANTED.

So ORDERED this __19__ day of April 2023.

_____
THE HONORABLE LISA G. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA